LESLIE B. HEDRICK, AND BETSY B. MARLOWE, CO-EXECUTORS FOR THE ESTATES OF LESLIE L. BALDWIN AND GERTRUDE BALDWIN v. HAROLD RAINS, COLUMBUS COUNTY SHERIFF, AND COLUMBUS COUNTY

No. 105PA96

(Filed 8 November 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 121 N.C. App. 466, 466 S.E.2d 281 (1996), which reversed an order denying defendant Rains' motion for judgment on the pleadings entered 9 September 1994 in Superior Court, Columbus County, by Jenkins, J., and remanded for entry of a judgment in accordance with the opinion of the Court of Appeals. Heard in the Supreme Court 15 October 1996.

*Randolph M. James P.C., by Randolph M. James and Steven S. Long, for plaintiff-appellants.*

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Allan R. Gitter and Ursula M. Henninger, and Hill & High, by James E. Hill, Jr., for defendant-appellee Harold Rains, Columbus County Sheriff.*

PER CURIAM.

The decision of the Court of Appeals is affirmed, but we note with disapproval the citation of the Restatement (Second) of Torts as authority. Except as specifically adopted in this jurisdiction, the Restatement should not be viewed as determinative of North Carolina law.

AFFIRMED.